costs and interest, on the authority of *Wheeler* v. *New York etc. Railroad Company,* 178 U. S. 321; *New York and New England Railroad Company* v. *Bristol,* 151 U. S. 556; *Arrowsmith* v. *Harmoning,* 118 U. S. 194; *Little Rock etc. Railway Company* v. *Worthen,* 120 U. S. 97–102; *Davidson* v. *New Orleans,* 96 U. S. 97, 105. See 53 Atl. Rep. 656. *Mr. Arthur M. Marsh* for plaintiff in error. *Mr. Stiles Judson, Jr.,* for defendant in error.

---

## Decisions on Petitions for Writs of Certiorari.

### From March 2 to May 3, 1903.

No. 512. JOSEPH H. CHING, PETITIONER, *v.* UNITED STATES. March 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George E. Hamilton* and *Mr. Adrian Posey* for petitioner. *Mr. Solicitor General Richards* for respondent.

---

No. 573. EUFAULA COTTON OIL COMPANY ET AL., PETITIONERS, *v.* STILLWELL & BIERCE AND SMITH-VAILE COMPANY. March 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Edgar Simonds* for petitioners. *Mr. E. E. Wood* for respondent.

---

No. 577. PHILIP S. WITHERSPOON, PETITIONER, *v.* FREDERICK P. OLCOTT. March 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. O. Davis* for petitioner. No appearance for respondent.

---

No. 592. WALTER N. DIMMICK, PETITIONER, *v.* UNITED STATES.